**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

EDWIN F. GOLDSTEIN AND GRACE F. GOLDSTEIN (H/W),

               Petitioners

       v.

CONTINENTAL CASUALTY COMPANY,

               Respondent

: No. 547 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.